# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SHEPARD, | Case No. 1:14-cv-01166-SMS |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 3) |
| Defendant. | |

By motion filed July 25, 2014, Plaintiff Robert Shepard, by his attorney Jacqueline A. Forslund, seeks to proceed *in forma pauperis*. Plaintiff submitted an incomplete declaration, neglecting to specify his last employment in paragraph 2 and failing to include full information regarding his source(s) of support. (The Court does not credit Plaintiff's disclosure that his only sources of support are $189.00 in monthly food stamp allotments and $2100.00 ann7ual school allotment.) If Plaintiff is homeless, a full-time student, or otherwise dependent on others for his support, the declaration should disclose that fact.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*. Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of Court within thirty (30) days of this order. In the event that Plaintiff does

not pay the filing fee or submit an amended application, the Court shall dismiss this case for lack of prosecution without further notice.

IT IS SO ORDERED.

Dated: **July 28, 2014**  **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE