# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SHEPARD,<br><br>         Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>         Defendant. | Case No. 1:14-cv-01166-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 7) |

By an amended motion filed July 29, 2014, Plaintiff Robert Shepard, by his attorney Jacqueline A. Forslund, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

    Dated:   **July 30, 2014**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1