JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Email:        jaf@forslundlaw.com

Attorney for Plaintiff


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| ROBERT LEE SHEPARD, | ) | |
| | ) | Case No. 1:14-CV-01166-SMS |
| Plaintiff | ) | |
| | ) | **STIPULATION AND  ORDER** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE OPENING BRIEF** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 30 days to April 15, 2015, for filing of the Opening Brief, in accordance with the

Court's Scheduling Order.  This extension is requested because Plaintiff's counsel is

experiencing a backload in her workload that she is in the process of resolving.


**Shephard v. Colvin**                                                  **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-00116-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.


Respectfully submitted,


Date:  March 13, 2015                          JACQUELINE A. FORSLUND
                                               Attorney at Law


                                               /s/Jacqueline A. Forslund
                                               JACQUELINE A. FORSLUND

                                               Attorney for Plaintiff



Date:  March 16, 2015                          BENJAMIN B. WAGNER
                                               United States Attorney
                                               DONNA L. CALVERT
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration


                                               /s/*
                                               DONNA WADE ANDERSON
                                               Special Assistant United States Attorney
                                               *By email authorization

                                               Attorney for Defendant


                                ORDER

APPROVED AND SO ORDERED



DATED:  3/17/2015                          /s/ SANDRA M. SNYDER
                                           UNITED STATES MAGISTRATE JUDGE



**Shephard v. Colvin**                                    **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-00116-SMS**