BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ROBERT LEE SHEPARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-01166-SMS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Opening Brief be extended by 30 days to June 12, 2015, and that all subsequent deadlines should be extended accordingly.

//

//

1  This is Defendant's first request for an extension of time to respond to
2  Plaintiff's Opening Brief, and is requested based on the press of workload.

Respectfully submitted,

Date:  May 13, 2015                 */s/Jacqueline A. Forslund\**
                                    JACQUELINE A. FORSLUND
                                    Attorney for Plaintiff
                                    (*By email authorization on 5/13/15)


Dated:  May 13, 2015                BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                         By:    /s/  *Donna W. Anderson*
                                    DONNA W. ANDERSON
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant




**IT IS SO ORDERED:**



Dated: 5/14/2015                    /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time
Case No. 1:14-cv-01166-SMS                   2