JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:    541-419-0074
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT SHEPARD,                        )
                                       )     Case No. 1:14-cv-01166-SMS
        Plaintiff,                     )
                                       )     **STIPULATION AND PROPOSED**
                                       )     **ORDER FOR AWARD OF ATTORNEY'S**
v.                                     )     **FEES UNDER THE EQUAL ACCESS TO**
                                       )     **JUSTICE ACT (EAJA)**
CAROLYN W. COLVIN,                     )
Acting Comm'r of Social Security,      )
                                       )
        Defendant,                     )
                                       )
_____)

        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SIX THOUSAND FIVE HUNDRED dollars ($6,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

Shepard v. Colvin              Stipulation and Proposed Order          E.D. Cal. 1:14-cv-01166-SMS

1     If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset  under

2  Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the

3  check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon

4  Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these

5  checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to

6  Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Attorney at Law, P.O. Box

   4476, Sunriver, Oregon  97707.

7                                          Respectfully submitted,

8

9  Date:  March 28, 2016            JACQUELINE A. FORSLUND
                                    Attorney at Law
10

11                                  /s/Jacqueline A. Forslund
12                                  JACQUELINE A. FORSLUND
                                    Attorney for Plaintiff
13

14  Date:  March 29, 2016                  BENJAMIN WAGNER
15                                  United States Attorney
                                    DEBORAH STATCHEL
16                                  Acting Regional Chief Counsel, Region IX
                                    Social Security Administration
17

18                                  /s/*Donna Wade Anderson
19                                  DONNA WADE ANDERSON
                                    Special Assistant United States Attorney
20                                  *By email authorization
                                    Attorney for Defendant
21

22                                       ORDER
23

24  IT IS SO ORDERED.
25

26    Dated:   __March 30, 2016__        _____/s/ Sandra M. Snyder_____
                                         UNITED STATES MAGISTRATE JUDGE
27

28

Shepard v. Colvin              Stipulation and Proposed Order         E.D. Cal. 1:14-cv-01166-SMS